## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**TONY C EDD,**

        Plaintiff(s),

vs.

**COUNTY OF PLACER, ET AL.,**

        Defendant(s).

Case No. **2:14−CV−02739−JAM−AC**

ORDER RE FILING REQUIREMENTS FOR CASES ASSIGNED TO JUDGE MENDEZ

    Unless prior permission has been granted, memoranda of law in support of and in opposition to motions under Federal Rule of Civil Procedure 56 and 65 and any post−judgment or post−trial motions are limited to twenty−five (25) pages, and reply memoranda are limited to ten (10) pages. Memoranda of law in support of and in opposition to all other motions are limited to fifteen (15) pages, and reply memoranda are limited to five (5) pages. The parties are also cautioned against filing multiple briefs to circumvent this rule. A violation of this Order will result in monetary sanctions being imposed against counsel in the amount of $50.00 per page and the Court will not consider any arguments made past the page limit.

    Documentary evidence submitted in support of or in opposition to a motion must be separately bound or placed in a binder, and exhibits must be separated with labeled tabs that extend beyond the edge of the page. An Index of exhibits must also be included.

In any case where the parties are represented by counsel, counsel contemplating the filing of any motion, except those in connection with discovery motions (which are governed by Local Rule 251(b)), applications for temporary restraining orders or preliminary injunctions, or motions made in prisoner actions (which are governed by Local Rule 230(l)), shall first contact opposing counsel to discuss thoroughly, *preferably in person*, the substance of the contemplated motion and any potential resolution.

If the proposed motion must be filed within a specified period of time under the Federal Rules of Civil Procedure (e.g., a motion to dismiss pursuant to F.R.Civ.P. 12(b), or a new trial motion pursuant to F.R.Civ.P. 59(a)), then this conference shall take place at least five (5) days prior to the last day for filing the motion; otherwise, the conference shall take place at least ten (10) days prior to the filing of the motion.

**If the parties are unable to reach a resolution which eliminates the necessity for a hearing, counsel for the moving party shall include in the notice of motion a statement to the following effect:**

> **"This motion is made following the conference of counsel pursuant to the Court's standing order which took place on [date of conference]."**

IT IS SO ORDERED.

DATED:   March 16, 2015                                    /s/ John A. Mendez
                                                            United States District Judge