PLACER COUNTY COUNSEL'S OFFICE
David K. Huskey (SBN 109329)
175 Fulweiler Avenue
Auburn, California  95603
Telephone:   (530) 889-4044
Facsimile:    (530) 889-4069

Attorneys for Defendants COUNTY OF PLACER,
EDWARD N. BONNER, DON HUTCHINSON
KEN SKOGEN, PLACER COUNTY AUBURN JAIL

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# IN AND FOR THE COUNTY OF PLACER

| | |
|---|---|
| TONY C. EDD, | Case No. **2:14-cv-02739-JAM-AC** |
| Plaintiff, | **NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT BY DEFENDANTS PURSUANT TO FRCP 12(b)(6)** |
| vs. | |
| COUNTY OF PLACER; Placer County Sheriff's Department Sheriff EDWARD BONNER; Placer County Department Corrections Commander DON HUTCHINSON;  Placer County Sheriff's Department Sheriff Officer KEN SKOGEN; PLACER COUNTY AUBURN JAIL; and DOES 1-50, inclusive, | Date:           August 5, 2015<br>Time:          9:30 a.m.<br>Courtroom:  6<br>Judge:         Honorable John A. Mendez |
| Defendants. | |

**TO PLAINTIFF AND HIS ATTORNEY OF RECORD**:

PLEASE TAKE NOTICE that on August 5, 2015, at 9:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom #6, 14th Floor, of the United States District Court for the Eastern District of California located at 501 I Street, Sacramento, CA  95814, Defendants County of Placer, Placer County Sheriff Edward Bonner, Corrections Commander Don Hutchinson, Placer County Sheriff Officer Ken Skogen, and Placer County Auburn Jail, will move for dismissal pursuant to Fed. R. Civ. Proc. 12(b)(6) on the grounds that:

1) Ken Skogen is not a "policymaker" who can be sued in his official capacity under 43 USC Section 1983;

2) The acts alleged against Ken Skogen and Doe Defendants are not sufficiently extreme and outrageous to support a claim of intentional infliction of emotional distress and defendants Hutchinson and Bonner are immune pursuant to Gov. Code sections 844.6(a)(2) and 820.8;

3) Plaintiff has not alleged sufficient facts to state a *Monell* claim against any defendant;

4) Plaintiff has not alleged sufficient facts to support a negligent training, hiring, discipline, retention, and supervision claim; and

5) Defendants Bonner and Hutchinson should be dismissed in their official capacities because plaintiff has sued the County of Placer, so Bonner and Hutchinson are redundant defendants.

This motion is based upon this Notice of Motion, the Memorandum of Points and Authorities in support thereof, the pleadings and papers on file with the Court and oral argument as may be permitted and/or requested by the Court.

Respectfully submitted.

Dated: May 20, 2015           PLACER COUNTY COUNSEL'S OFFICE


By:   /s/ DAVID K. HUSKEY

DAVID K. HUSKEY
Attorneys for Defendants COUNTY OF PLACER, EDWARD N. BONNER, DON HUTCHINSON, KEN SKOGEN and PLACER COUNTY AUBURN JAIL