PLACER COUNTY COUNSEL'S OFFICE
David K. Huskey (SBN 109329)
175 Fulweiler Avenue
Auburn, California  95603
Telephone:   (530) 889-4044
Facsimile:    (530) 889-4069

Attorneys for Defendants COUNTY OF PLACER,
EDWARD N. BONNER, DON HUTCHINSON
KEN SKOGEN, PLACER COUNTY AUBURN JAIL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY C. EDD,<br><br>    Plaintiff,<br>  vs.<br><br>COUNTY OF PLACER; Placer County Sheriff's Department Sheriff EDWARD BONNER; Placer County Department Corrections Commander DON HUTCHINSON;  Placer County Sheriff's Department Sheriff Officer KEN SKOGEN; PLACER COUNTY AUBURN JAIL; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. **2:14-cv-02739-JAM-AC**<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that because of a settlement reached between the parties, the above-captioned action be dismissed with prejudice pursuant to F.R.C.P. 41(a)(1).  Each party to bear its own attorney's fees and costs.

Dated:  March 31, 2016             PLACER COUNTY COUNSEL'S OFFICE

                                   By:       /S/ DAVID K. HUSKEY
                                         DAVID K. HUSKEY
                                         Attorneys for Defendants COUNTY OF PLACER, EDWARD N. BONNER, DON HUTCHINSON, KEN SKOGEN and  PLACER COUNTY AUBURN JAIL

1
Stipulation and Order of Dismissal

Dated: March 31, 2016					BARRON LAW OFFICE


						By:	/s/ DEBORAH BARRON
							DEBORAH BARRON
							Attorney for Plaintiff TONY C. EDD


## **ORDER**

    Based upon the stipulation of the parties, it is hereby ordered that the above-captioned case is hereby dismissed with prejudice.  Each party to bear its own attorney's fees and costs.


Dated: 4/1/2016					/s/ John A. Mendez
							JOHN A. MENDEZ
							UNITED STATES DISTRICT COURT JUDGE